**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAR 1 5 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-CR-30046-MJR |
| vs. ) | |
| ) | |
| GORDON D. CALDWELL, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney, and Ranley R. Killian, Assistant United States Attorney for the Southern District of Illinois, and Defendant Gordon D. Caldwell through his attorney enter into the following Stipulation of Facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

**As to Count 1:**

1. That from in or around April 2011 through August 2012, Gordon D. Caldwell (Caldwell), along with other individuals, agreed to possess and pass counterfeit securities of financial organizations.

2. That Caldwell would contact individuals who had advertised vehicles to sell by various methods including posting on internet web sites.

3. That Caldwell would normally by telephone, contact the person or cause another individual to contact the person that had advertised the vehicle for sale and then would go to the individual's home or location where the vehicle was held for sale.

4. That Caldwell, generally with another coconspirator, would then meet with the person who had the vehicle for sale and then supply the seller with a counterfeit financial institution cashier's check that he knew to be counterfeit and worthless.

5. That on or about May 24, 2011, in Madison County, Illinois, in the Southern District of Illinois, Caldwell caused the passing of a counterfeit U.S. Bank cashier's check bearing the number of 5230848 in the amount of $8,500 to defraud S.C. when the counterfeit check was used as payment for a 1986 Chevy Monte Carlo SS owned by S.C.

6. That on or about July 5, 2011, in Madison County, Illinois, in the Southern District of Illinois, Caldwell caused the passing of a counterfeit Regions Bank cashier's check bearing the number of 5320864 in the amount of $6,000 to defraud B.T. when the counterfeit check was used as payment for a 2002 Suzuki Hayabusa motorcycle owned by B.T.

7. That on or about July 20, 2011, in St. Charles County, Missouri, in the Eastern District of Missouri, Caldwell caused the passing of a counterfeit Regions Bank cashier's check bearing the number of 5320869 in the amount of $7,500 to defraud M.G. when the counterfeit check was used as payment for a 2000 Suzuki Hayabusa motorcycle owned by M.G.

8. That on or about July 23, 2011, in Macon County, Illinois, in the Central District of Illinois, Caldwell caused the passing of a counterfeit Regions Bank cashier's check bearing the number of 5320873 in the amount of $11,500.00 to defraud G.H. when the counterfeit check was used as payment for a 1995 Chevrolet Impala owned by G.H.

9. That on or about July 23, 2011, in Effingham County, Illinois, in the Southern District of Illinois, Caldwell caused the passing of a counterfeit Regions Bank cashier's check

bearing the number of 5320874 in the amount of $10,500.00 to defraud A.C. when the counterfeit check was used as payment for a 2003 Mercury Marauder owned by A.C.

10. That on or about August 3, 2011, in Madison County, Illinois, in the Southern District of Illinois, Caldwell caused the passing of a counterfeit Regions Bank cashier's check bearing the number of 5320878 in the amount of $19,000.00 to defraud J.K. when the counterfeit check was used as payment for a 2004 Chevrolet Silverado 2500 owned by J.K.

11. That on or about August 18, 2010, in Morgan County, Illinois, in the Central District of Illinois, Caldwell caused the passing of a counterfeit Regions Bank cashier's check bearing the number of 284751 in the amount of $8,000.00 to defraud L.C. when the counterfeit check was used as payment for a 2007 Kawasaki ZX14 owned by L.C.

12. That on or about August 18, 2011, in St. Louis County, Missouri, in the Eastern District of Missouri, Caldwell caused the passing of a counterfeit Regions Bank cashier's check bearing the number of 5320880 in the amount of $4,500.00 to defraud R.B. when the counterfeit check was used as payment for a 2001 Ford Mustang owned by R.B.

13. That on or about August 23, 2011, in St. Charles County, Missouri, in the Eastern District of Missouri, the defendant, Caldwell caused the passing of a counterfeit Regions Bank cashier's check bearing the number of 5320881 in the amount of $6,500.00 to defraud R.H. when the counterfeit check was used as payment for a 2000 Ford Explorer owned by R.H.

14. That on or about August 30, 2011, in Madison County, Illinois, in the Southern District of Illinois, Caldwell caused the passing of a counterfeit U.S. Bank cashier's check

bearing the number of 5320882 in the amount of $5,200.00 to defraud P.F. when the counterfeit check was used as payment for a 2003 Pontiac Grand Am owned by P.F.

15. That on or about September 21, 2011, in Jefferson County, Missouri, in the Eastern District of Missouri, Caldwell caused the passing of a counterfeit Regions Bank cashier's check bearing the number of 5320885 in the amount of $9,500.00 to defraud J.S. when the counterfeit check was used as payment for a 2008 Suzuki Hayabusa motorcycle owned by J.S.

**As to Count 2:**

16. That on July 20, 2011, in Madison County, Illinois, in the Southern District of Illinois, Caldwell caused to be transmitted by means of a wire communication, in interstate commerce, the signals and sounds of a telephone call made by the defendant to M.G. a person who had advertised a 2000 Suzuki Hayabusa motorcycle for sale on the internet website Craigslist.

**As to Count 3:**

17. That on August 3, 2011, in Madison County, Illinois, in the Southern District of Illinois, Caldwell did knowingly use, without lawful authority, the Illinois identification card of another person (initials K.N.), during and in relation to the crime of Wire Fraud, as charged in Count 2 of the Information.

_____  
GORDON D. CALDWELL  
Defendant

_____  
CELESTINE DOTSON  
Attorney for Defendant

Date: March __, 2013

STEPHEN R. WIGGINTON  
United States Attorney

_____  
RANLEY R. KILLIAN  
Assistant United States Attorney

Date: March 15 2013